1  PITE DUNCAN, LLP                                        E-Filed on 11/13/09
   STEVEN W. PITE (NV Bar #008226)
2  EDDIE R. JIMENEZ (NV Bar #10376)
   JACQUE A. GRUBER (NV Bar #11385)
3  4375 Jutland Drive, Suite 200
   P.O. Box 17933
4  San Diego, CA 92177-0933
   Telephone: (858) 750-7600
5  Facsimile: (619) 590-1385
   E-mail:  ecfnvb@piteduncan.com
6
   ABRAMS & TANKO, LLLP
7  MICHELLE L. ABRAMS (NV Bar #005565)
   3085 S. Jones Blvd., Suite C
8  Las Vegas, NV 89146

9  Attorneys for  Secured Creditor BANK OF AMERICA, NA

10

11              UNITED STATES BANKRUPTCY COURT

12                   DISTRICT OF NEVADA

13  In re                                | Bankruptcy Case No. BK-S-09-29919-mkn

14  TAMMY MARIE MITCHELL,                 | Chapter 7

15          Debtor(s).                    | BANK OF AMERICA, NA'S REQUEST
                                          | FOR SPECIAL NOTICE AND SERVICE
16                                        | OF PAPERS AND RESERVATION OF
                                          | RIGHTS
17

18       TO:    UNITED  STATES  BANKRUPTCY  JUDGE,  THE  DEBTOR,  AND  ALL

19  INTERESTED PARTIES

20       PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys for Bank of

21  America, NA, hereby requests special notice of all events relevant to the above-referenced

22  bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced

23  bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule

24  2002, the commencement of any adversary proceedings, the filing of any requests for hearing,

25  objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters

26  which must be noticed to creditors, creditors committees and parties-in-interest and other notices as

27  required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-

28  referenced bankruptcy court.

                                    - 1 -

1    PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the Master

2    Mailing List in this case, the following address be used:

3                                    JACQUE A. GRUBER, ESQ.
                                          PITE DUNCAN, LLP
4                                    4375 Jutland Drive, Suite 200
                                          P.O. Box 17933
5                                     San Diego, CA 92177-0933

6    Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of

7    claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the

8    within party's:

9           a.      Right to have any and all final orders in any and all non-core matters entered only

10   after de novo review by a United States District Court Judge;

11          b.      Right to trial by jury in any proceeding as to any and all matters so triable herein,

12   whether or not the same be designated legal or private rights, or in any case, controversy or

13   proceeding related hereto, notwithstanding the designation or not of such matters as "core

14   proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to

15   statute or the United States Constitution;

16          c.      Right to have the reference of this matter withdrawn by the United States District

17   Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

18          d.      Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which

19   this party is entitled under any agreements at law or in equity or under the United States

20   Constitution.

21          All of the above rights are expressly reserved and preserved by this party without exception

22   and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other

23   participation in these matters.

24   Dated: November 13, 2009              /s/ Jacque A. Gruber
                                           4375 Jutland Drive, Suite 200
25                                         P.O. Box 17933
                                           San Diego, CA 92177-0933
26                                         (858) 750-7600
                                           NV Bar #11385
27                                         Attorney for BANK
                                           OF AMERICA, NA
28

                                           - 2 -